Richard D. McCune, State Bar No. 132124
rdm@mccunewright.com
David C. Wright, State Bar No. 177468
dcw@mccunewright.com
Steven A. Haskins, State Bar. No. 238865
sah@mccunewright.com
Mark I. Richards, State Bar No. 321252
mir@mccunewright.com
**McCune Wright Arevalo LLP**
3281 E. Guasti Road, Suite 100
Ontario, California 91761
Telephone: (909) 557-1250
Facsimile:  (909) 557-1275

*Attorneys for Plaintiffs and the Putative Class*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JASON MEDEIROS and NANCY BENNETT-HAUSER, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>TOYOTA MOTOR CORPORATION; TOYOTA MOTOR SALES, U.S.A., INC.; and Does 1 through 50, inclusive,<br><br>Defendants. | Case No.: 2:20-cv-683-RGK-MAA<br><br>Assigned to Hon. Robert G. Klausner<br><br>**NOTICE OF VOLUNTARY DISMISSAL OF ACTION PURSUANT TO RULES OF CIVIL PROCEDURE RULE 41 41(a)(1)(A)(i)** |

TO:   THE COURT AND ALL OTHER INTERESTED PARTIES:

Plaintiffs Jason Medeiros and Nancy Bennett-Hauser, through their undersigned counsel, hereby voluntarily dismiss their claims and causes of actions, and the claims of the putative Class Members, against Defendants Toyota Motor Corporation and Toyota

1  Motor Sales, U.S.A., *without prejudice* pursuant to Federal Rules of Civil Procedure,
2  Rule 41(a)(1)(A)(i).
3  DATED:  March 20, 2020                        Respectfully submitted,
4                                                                    McCUNE WRIGHT AREVALO, LLP
5
6                                                                    By:    /s/ *David C. Wright*
7                                                                              David. C. Wright
8                                                                    Attorneys for Plaintiff

-2-
Notice of Voluntary Dismissal of Action Pursuant to Rules of Civil Procedure Rule, Rule 41(a)(1)(A)(i)
Case No. 2:20-cv-683-RGK-MA

# CERTIFICATE OF SERVICE

    I certify that on March 20, 2020, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send a notice of electronic filing to all CM/ECF participants in the above-referenced matter.

By: /s/ *David C. Wright*
David C. Wright